UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEY HARRIS, *on behalf of herself, Nationwide FLSA Collective Plaintiffs, and the Class*, <br><br> *Plaintiff,* <br><br> vs. <br><br> THE ANTHEM COMPANIES, INC., <br><br> *Defendant.* | ) ) ) ) ) ) ) ) No. 1:22-cv-00002-JMS-MJD ) ) ) ) ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** and **DISMISSES** this action **with prejudice.**

Date: 4/6/2023

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*[signature]*_____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**